JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| PEDRO LUIS RODRIGUEZ, | ) | NO. EDCV 18-1181-JGB (AGR) |
| Plaintiff, | ) | |
| v. | ) | JUDGMENT |
| ARTHUR ANDERSON, | ) | |
| Defendant. | ) | |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS ADJUDGED that Defendants' motion to dismiss Plaintiff's Second Amended Complaint is granted as moot and the entire action is dismissed without prejudice.

DATED: June 7, 2021

JESUS G. BERNAL
United States District Judge